Pro Se 1 (Rev. 09/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

Jonathan M. Jarry PRO SE'
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-v-

Commonwealth of Massachusetts - Secretary of State
Defendant(s)
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ☒ Yes ☐ No

2023 FEB 13 PM 3:05
U.S. DISTRICT COURT
DISTRICT OF MASS.
FILED IN CLERKS OFFICE

## COMPLAINT FOR A CIVIL CASE

I. The Parties to This Complaint

A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: Jonathan Michael Jarry
Street Address: 24 Portchester Drive
City and County: Nashua, NH 03062 (Displaced)
State and Zip Code: New Hampshire, NH 03062
Telephone Number: (603) 584-9449
E-mail Address: jonathanmjarry@gmail.com

B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
- Name: Karen ~~Polito~~ Timothy Pennington Legeros
- Job or Title (if known): Lt. ~~Governor~~
- Street Address: 2757 S. ~~Oakland~~ Forest Dr Unit 204
- City and County: Oakland Park FL 34453
- State and Zip Code: FL 34453
- Telephone Number: 617-888-0857
- E-mail Address (if known): timothyLegerosAA@hotmail.com

Defendant No. 2
- Name: John Roark
- Job or Title (if known): Lieutenant
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 3
- Name: Rachel Deems
- Job or Title (if known): Clinician
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

Defendant No. 4
- Name: Michael Gurney (witness)
- Job or Title (if known): Bartender
- Street Address: 101 Gilson Rd
- City and County: Hudson   Hillsborough
- State and Zip Code: NH   03051
- Telephone Number: N/A
- E-mail Address (if known): N/A

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[X] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

4th Amendment
14th Amendment

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
       The plaintiff, *(name)* Jonathan M Jarvy, is a citizen of the State of *(name)* Commonwealth of Massachusetts

    b. If the plaintiff is a corporation Neon Pro-Painters LLC
       The plaintiff, *(name)* Jonathan M. Jarvy, is incorporated under the laws of the State of *(name)* Commonwealth of Massachusetts
       and has its principal place of business in the State of *(name)* Commonwealth of Massachusetts

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
       The defendant, *(name)* Karen Polito, is a citizen of the State of *(name)* Commonwealth of Massachusetts. Or is a citizen of *(foreign nation)*

      b.     If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

15,000,000.10

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Starting March 28, 2020 I was notified 203 accounts were compromised. Identity theft was immediately reported to the Chelmsford Police force. A simple phone call was made by an Detallan Blodgett - case was immediately closed. The following days, weeks, months, due to the Town Manager and ineffective policing, my life would be ruined to present day. Personal business decimated that was once thriving. Family destroyed. All parties listed had full-knowledge of events and decide to protect mentally ill officer clinician, and numerous drug dealers due to under cover, under handed cash payments for drug distribution.
* 3/28/2020 Police notified of identity theft, 3/29/20 - Det Allan Blodgett closes case after a phone call.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

STATED PART II pg # 2 under Relief

   b.   If the defendant is a corporation

   The defendant, (name) _____, is incorporated under
   the laws of the State of (name) _____, and has its
   principal place of business in the State of (name) _____.
   Or is incorporated under the laws of (foreign nation) _____,
   and has its principal place of business in (name) _____.

   *(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

   The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because *(explain)*:

III. Statement of Claim part II

   Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

3/30/23 - Present - Identity would continue to be used, credit destroyed, defamation due to inaction and refusal to apprehend suspects. 4/7/20 - Individual suspect obsessed and infatuated suspect would have cousin move-in underneath my person to stalk and break into my home. 4/7/20 - 6/21 - Three police officers, in coordination with suspects, would break in my home daily, after getting the key from Leasing Office. Officers and individuals would have sex in my bed, murder two dogs, steal $143,000 in personal belongings, destroy furniture, urinate on couches to and in order to rent unit. Leasing Manager involved due to complaint. 4/7/23 - 6/21 - Food and beverages poisoned by neighbor known as crystal meth dealer, informant and into incestual relations. Only saw individual once in lobby - notified of break-ins by reliable sources. 5/20/20 Lt. Governor Karen Polito notified of urgent nature, decided to monitor overnight, numerous times - Possible poisoning has led to a device or program in body from overseas which has led to satelite or illegal monitoring by multiple individuals; DiMare family, Beers family, Cedrone family - the Fevbre family due to incest NO Incest involvement on my end, or sexual relations. Police Chief hated gay people - Personal excuse to not passed thru dept apprehend. Suspect still at large - HIPPA file requested illegally by Beers -
over →

IV. Relief

   State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

- Business Losses to date - 1.2 million - 5x amount 5.6 million
- Credit destroyed personal and business $212,000
- Rape $15,000,100x00 by "Informant"? municipality
- Civil Rights violations 3-5 million
- Dogs Vet's Death $9,300.00
- Refusal to replace "living", "housing" due to stalking $305,000 - 5x

est total - 10.7 million - 11.3 million - ☆

## III. Statement of Claim -

HIPPA Continued. Distributed by Clinician, Rachel Beers, to entire Department over a love relationship over individual I knew 18 years ago.
- Dr. Police Officer, Crystal Meth dealer broke into clients homes 7/20.
- 7/20 stalker broke in poisoned food & beverages Raped after asleep by two Police of Chelmsford, Four of stalkers friends in a crystal meth hazing.
Police Chief knew everything and continued with a cover-up.
- Patrolman Allan Marks, or Stalker "DUSTIN" or "Justice" have unlimited access to so-called military program - program may be life threatening -
Judge Marcus Grant or other are protecting individuals.
7/2020 - present Beers, other female continue to stalk with two males having "relations" in yard - to protect suspect as it is they're main source of drugs.
Today, business closed, property damage, and business losses exceed 1.2 million

No
Only 15 - police reports exist; out of 412 calls. Officers on call logs never responded.
Denied 15 Restrainings Orders by Superior and District due to massive cover-up to protect Informant, Officers or family members of. State, Town of Chelmsford has refused to pay; or reimburse to-date.
I would appreciate the courts help indicting, informing FBI to get; to achieve resolution in matter. Stalking still continues to date, business must remain closed - Displaced due to crimes.

* Contacted Civil Rights Division, Lawyers of Commonwealth, HHS, Secretary of State - Zero Cooperation

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/12/23

Signature of Plaintiff: Jonathan M. Jarry - PRO SE
Printed Name of Plaintiff: Jonathan M. Jarry PRO-SE

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address